# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00554-CV

**Louvenia Henderson, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 13-0590-CC4, HONORABLE JOHN McMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After Louvenia Henderson failed to timely file her appellant's brief, the clerk of this Court wrote her advising that her brief was overdue and that if she did not file her brief or otherwise respond by February 18, 2014, her appeal would be subject to dismissal for want of prosecution. The February 18 deadline has passed, and Henderson has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   March 7, 2014